U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 19 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 14-CR-00208-02 |
| VERSUS | : | JUDGE WALTER |
| JACK EDWARD LANE | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #51], and in the transcript previously filed herein, [Doc. # 45] and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JACK EDWARD LANE** on January 25, 2015 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 19 day of February, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE